NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

PSC VSMPO-AVISMA CORPORATION
AND VSMPO-TIRUS, U.S., INC.,
*Plaintiffs-Appellants,*

v.

UNITED STATES,
*Defendant-Appellee,*

AND

US MAGNESIUM LLC,
*Defendant-Appellee.*

2012-1076

Appeal from the United States Court of International Trade in case no. 09-CV-0349, Judge Jane A. Restani.

## ORDER

Upon review of the briefs in this case, it appears that proceedings in this case should be stayed pending the court's disposition of AVISMA v. United States, 2011-1370.

Accordingly,

IT IS ORDERED THAT:

(1) Proceedings in 2012-1076 are stayed, pending final disposition of 2011-1370. The parties are directed to inform this court, within 21 days of the issuance of the mandate in 2011-1370, concerning how they believe that this appeal should proceed.

(2) A copy of this order shall be transmitted to the merits panel in 2011-1370, to inform that panel of this related appeal.

FOR THE COURT

APR 2 7 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: John M. Gurley, Esq.
Stephen A. Jones, Esq.
Renee A. Gerber, Esq.

s8

· FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 2 7 2012

JAN HORBALY
CLERK